**John A. AMEN and Marion C. Amen, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8, Docket 21239.

United States Court of Appeals
Second Circuit.

Argued Nov. 2, 1949.

Decided Nov. 16, 1949.

Amen, Bushnell & Butler, New York City, Russell Hardy, Washington, D. C., William J. Butler, New York City, for petitioners.

Charles Oliphant, Theron L. Caudle, Washington, D. C., Ellis N. Slack, A. F. Prescott, Maryhelen Wig'c, Special Assistants to the Attorney General, for respondent.

Before L. HAND, SWAN and FRANK, Circuit Judges.

PER CURIAM.

Affirmed upon the point that there was no identifiable loss in the year 1941, on authority of Bullard v. United States of America, 2 Cir., 146 F.2d 386.

---

**AMERICAN BANTAM CAR COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9989.

United States Court of Appeals
Third Circuit.

Argued Nov. 10, 1949.

Decided Nov. 14, 1949.

Lee W. Eckels, Pittsburgh, Pa. (Thorp, Bostwick, Reed & Armstrong, Pittsburgh, Pa., on the brief), for petitioner.

Sumner M. Redstone, Washington, D. C. (Theron Lamar Caudle, Assistant Attorney General, Ellis N. Slack, Special Assistant to the Attorney General on the brief), for respondent.

---

Norman H. Gerlach, Chicago, Ill., amicus curiae.

Before MARIS, GOODRICH and O'CONNELL, Circuit Judges.

PER CURIAM.

The controlling question in this case is whether the exchange under which the assets of the taxpayer corporation were acquired upon its organization in exchange for its stock was one in which neither gain nor loss was to be recognized under Section 112(b) (5) of the Revenue Act of 1936, 26 U.S.C.A. § 112(b) (5). We are satisfied for the reasons well stated in the opinion filed by Judge Hill for the Tax Court in banc, 11 T.C. 397, that the transaction in question was such an exchange and that the assets accordingly took in the hands of the corporation the basis which they had in the hands of the transferors pursuant to Section 113(a) (8) (A) of the Internal Revenue Code, 26 U.S.C.A. § 113(a) (8) (A).

The decision of the Tax Court will be affirmed.

---

**C. U. CLARK et al., Appellants, v. Donald V. BAILEY, Trustee in Bankruptcy of the Calhoun Beach Club, Bankrupt, and the Calhoun Beach Operating Company, Bankrupt.**

No. 13955.

United States Court of Appeals
Eighth Circuit.

Sept. 19, 1949.

Henry G. Young, Minneapolis, Minn., for appellants.

Charles H. Halpern, Minneapolis, Minn., for appellees.

PER CURIAM.

Motion of appellees to dismiss appeal granted and appeal from District Court dismissed.